# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| RENWICK GIBBS<br><br>　　　　　　Plaintiff,<br>　　v.<br>CONTRA COSTA COUNTY, et al..<br><br>　　　　　　Defendants.<br>_____/ | No. C 11-00403 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

Pending before the Court is Plaintiff's application to proceed in forma pauperis. Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by February 15, 2011.

**IT IS SO ORDERED.**

Dated: January 31, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENWICK GIBBS                                                            No. C 11-00403 MEJ

        Plaintiff(s),

vs.

CONTRA COSTA COUNTY, ET AL.

        Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____        Signed by:_____

                                                             Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____        Signed by:_____

                                                             Counsel for:_____

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RENWICK GIBBS                                               Case Number: 11-00403 MEJ

        Plaintiff,                                        **CERTIFICATE OF SERVICE**

v.

CONTRA COSTA COUNTY, ET AL.

        Defendant.
                                                            /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Renwick Gibbs
274 Bobo Link Way
Hercules, CA 94547


Dated: January 31, 2011

                                    Richard W. Wieking, Clerk
                                    By: Brenda Tolbert, Deputy Clerk