# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RENWICK GIBBS | No. C 11-00403 MEJ |
| Plaintiff,<br>v.<br>CONTRA COSTA COUNTY, et al..<br>Defendants.<br>_____/ | **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

Pending before the Court is Plaintiff's application to proceed in forma pauperis. Upon review of the application, the Court requests that Plaintiff Renwick Gibbs provide clarification regarding his income and expenses. Specifically, Plaintiff states that he has no source of income, yet he also states that he has $3,000 per month in expenses. Also, he states that he contributes 90% of his income to his spouse's support. Accordingly, the Court ORDERS Plaintiff to file a declaration explaining how his monthly expenses are covered. Plaintiff shall file his declaration by February 22, 2011.

**IT IS SO ORDERED.**

Dated: January 31, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

Case 3:11-cv-00403-MEJ   Document 5   Filed 01/31/11   Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RENWICK GIBBS

        Plaintiff,

  v.

CONTRA COSTA COUNTY, ET AL.

        Defendant.

Case Number: 11-00403 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Renwick Gibbs
274 Bobo Link Way
Hercules, CA 94547

Dated: January 31, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2