UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

RENWICK GIBBS

               Plaintiff,

     v.

CONTRA COSTA COUNTY, et al..

              Defendants.

_____/

No. C 11-00403 MEJ

**ORDER REQUESTING CLARIFICATION RE: IFP APPLICATION**

Pending before the Court is Plaintiff's application to proceed in forma pauperis.  Upon review of the application, the Court requests that Plaintiff Renwick Gibbs provide clarification regarding his income and expenses.  Specifically, Plaintiff states that he has no source of income, yet he also states that he has $3,000 per month in expenses.  Also, he states that he contributes 90% of his income to his spouse's support.  Accordingly, the Court ORDERS Plaintiff to file a declaration explaining how his monthly expenses are covered.  Plaintiff shall file his declaration by February 22, 2011.

     **IT IS SO ORDERED.**

Dated: January 31, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

1
2
3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4    RENWICK GIBBS

Case Number: 11-00403 MEJ

5                    Plaintiff,

**CERTIFICATE OF SERVICE**

6        v.

7    CONTRA COSTA COUNTY, ET AL.

8                    Defendant.
_____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

11

12   That on January 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13   located in the Clerk's office.

14   Renwick Gibbs
     274 Bobo Link Way
15   Hercules, CA 94547

16

17
     Dated: January 31, 2011
18
                                        Richard W. Wieking, Clerk
19                                      By: Brenda Tolbert, Deputy Clerk

20

21

22

23

24

25

26

27

28

2