# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RENWICK GIBBS, | No. C 11-00403 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | |
| CONTRA COSTA COUNTY, ET AL., | |
| Defendant(s). | |

This matter is currently scheduled for a case management conference on May 5, 2011. However, as Defendants' motion to dismiss is pending, the Court hereby VACATES the cmc.

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

RENWICK GIBBS

        Plaintiff,

v.

CONTRA COSTA COUNTY, ET AL.

        Defendant.

Case Number: 11-00403 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Renwick Gibbs
274 Bobo Link Way
Hercules, CA 94547

Dated: April 19, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk